# United States Court of Appeals
## For the First Circuit

No. 13-2018

LAWRENCE WATSON,

Plaintiff, Appellant,

v.

UNKNOWN CLERK, in her individual and official capacity, ET AL.,

Defendants, Appellees.

Before

Lynch, Chief Judge,
Torruella and Kayatta, Circuit Judges.

**JUDGMENT**

Entered: June 20, 2014

    We have reviewed the record in this case. Essentially for the reasons given by the district court in its memorandum and order, dated August 5, 2013, we affirm the dismissal of all claims. We add only the following. Insofar as appellant alleges that the denial of his request for a filing fee waiver amounted to fraud on the court, the claim was not raised below and, hence, has been waived. In any event, the claim is without merit.

    Petitioner's motion for a writ of mandamus is denied.

By the Court:

/s/ Margaret Carter, Clerk.

cc:
Lawrence Watson
John Stephan

Alistair Reader