# United States Court of Appeals
## For the First Circuit

No. 13-2018

LAWRENCE WATSON

Plaintiff - Appellant

v.

UNKNOWN CLERK, in her individual and official capacity;
SANDRA GIOVANNUCCI, Chief Register, in her individual and official capacity;
JAMES GAVAGHAN, Deputy Register, in his individual and official capacity;
JOAN ARMSTRONG, First Justice, in her individual and official capacity;
PAUL CAREY, in his individual and official capacity;
ROBERT MULLIGAN, Chief Justice, in his individual and official capacity;
MARTHA COAKLEY, Attorney General, in her individual and official capacity

Defendants - Appellees

**MANDATE**

Entered: July 14, 2014

In accordance with the judgment of June 20, 2014, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
John Michael Stephan
Lawrence Watson